## AFFIDAVIT

I, James V. Richardson, having been duly sworn according to law, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, ("HSI ") and am currently assigned to Homeland Security Investigations, Resident Agent in Charge, Providence, Rhode Island. I have been employed as a Special Agent with HSI since April of 2009. As a Special Agent, my work concentrates on child exploitation cases, specifically those involving the trafficking of children, which rely heavily on computer based investigations. I have received specialized training in this area including Internet Crimes Against Children ("ICAC") training involving, among other things, computerized investigative techniques. I have participated in numerous computer related investigations including those involving production, distribution and possession of child pornography as well as the trafficking of children. I am currently assigned to the ICAC Task Force in Rhode Island. Further, I am authorized and assigned to investigate violations of federal criminal law, including 18 U.S.C. § 2423 et seq. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant for AMISH JAYANT PATEL ("PATEL"), dob xx/xx/1973. As will be shown below, there is probable cause to believe that: (i) On January 5, 2020, PATEL

1

travelled from the State of Pennsylvania to the State of Rhode Island for the purpose of engaging in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), in violation of 18 U.S.C. §§ 2423(b), (e) and (f) (Count One – Travel in Interstate Commerce to Engage in Illicit Sexual Conduct); and (ii) From December 9, 2019 to January 5, 2020, defendant PATEL, using a facility of interstate or foreign commerce, did knowingly attempt to induce and entice any individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b) (Count Two – Enticement).

3. The statements in this Affidavit are made based upon my personal participation in this investigation, review of various documents, as well as information provided to me by other members of the ICAC Task Force, and other law enforcement officers, my own training and expertise as a criminal investigator, as well as the training and expertise of other criminal investigators involved with this investigation. I have set forth the facts that I believe establish probable cause to believe that PATEL committed violations of the aforementioned criminal statutes.

4. During the month of December 2019, Rhode Island State Police Detective Anthony Washington was conducting a child exploitation investigation on an anonymous online chat platform that supports anonymous message exchanges and conversations between its users. It allows users to post messages, as well as multimedia, within the chatrooms. Any person can respond to these posts to allow

users to view your message or you can private message a user.

5.  On December 9, 2019, Detective Washington was working in an undercover capacity, portraying himself as a fourteen (14) year old female on the aforementioned website. Detective Washington posted a message in a chat room forum that stated, "Any one near Massachusetts." Shortly following the message, Detective Washington received a private message from an unknown user. The user name was "usGentleman Jack". In addition, the profile stated the user was a forty-six (46) year old male. During the conversation, Detective Washington asked the subject where he was from and his age, to confirm the age in his profile. The suspect stated that he was from New Jersey, his name was Jack, and he was forty-six (46) years old. The undercover detective then requested to communicate with the suspect through Google Hangouts. Your affiant knows that Google Hangouts is a communication platform, developed by Google, which allows users to message, video chat, and allows Voice over Internet Protocol. The suspect agreed, and the undercover detective and the suspect engaged in conversation through Google Hangouts. The suspect utilized Google Hangouts username, AJ AJ, and email address, *ajissensuous@gmail.com*. The conversation continued and the detective informed the suspect that he was speaking with a fourteen (14) year old female who was currently in high school. The detective then requested an image of the suspect who provided two (2) images that depicted a male with facial hair and black hair. Both of the images appeared to be of the same individual.

6. On December 13, 2019, the undercover detective and the suspect, later identified as

defendant PATEL, engaged in the following conversation:

Undercover: Hey wyd

*Suspect: At work and you?*

Undercover: I'll let you guess lol

*Suspect: Class?*

Undercover: Yup lol.  How long u work till

*Suspect: I have a doctor appointment at 2 then return to work until 5 or 6*

Undercover: Ur a busy man lol. So u never told me what u look like (two emojis)

*Suspect: Send me your pic I will send you mine but looks doesn't make a person who*

*he or she is*

Undercover: U first lol. I'm 14 ur the adult u first

*Suspect: You asked so you first*

Undercover: How will I know I'll send one after and not just a guy who lies

*Suspect: Mmi have no reason to lie.  I don't get you by lying but i would lose you*

Undercover: Ok and I'll def send one of u Ull lol

(At this time, the undercover detective sent the suspect an age regressed image of a

female law enforcement officer)

*Suspect: Barely see you. But from what i can see you look absolutely specttacularI*

*always get blacked when I send my pic*

*(At this time, the suspect sent a self-portrait image of a light-skinned adult male,*

*with facial hair and black hair.)*

4

7. On multiple occasions, the undercover detective reinforced that "she" was a minor and currently in high school. The conversation below took place on December 17, 2019:

   *Suspect: Ok, so what are you going to tell anyone that asks you out?*

   Undercover: That I'm with someone

   *Suspect: Ok and why you want me vs someone closer in age when you know it isnt as easy to see me, we can't be together in public?*

   *I can't take you to prom and dances (crying face emoji)*

   Undercover: I'm in 9 grade I don't go to proms lol. And I can't dance lol

   *Suspect: You will eventually or you don't think you will want me when you are a senior. I can't be at your sweet sixteen if you have one*

   Undercover: So what do u want me to say or do

   *Suspect: I hope you will want me and only me despite all that. We can dance in private you can stand onmy feet if you want. We can have a aweet sixteen and prom in private*

8. On December 15, 2019, the suspect solicited your affiant to engage in sexual activities. Below is an excerpt of the conversation:

   *Suspect: What state is warwick? I am in NJ*

   Undercover: Rhode Island (sad emoji) Kinda far for u

   *Suspect: I will be in boston next year and i have been to ri before*

   Undercover: No way When next yr

   *Suspect: May*

Undercover: That's a long time (two sad face emonjis)

*Suspect: That doesn't mean I can't come before that. Just have to figure out when i can when i am not traveling for work*

Undercover: Oh ok (happy face emoji) Bc May is a long time

*Suspect: Yes but it is my birth month*

Undercover: May is?

*Suspect: Yes And i only want 1 thing for my birthday*

Undercover: What's that???

*Suspect: You out of a box wearing nothing*

Undercover: Haha (happy face emoji) Never done that b4

*Suspect: Question is would you for me*

Undercover: If that's what u want (happy face emoji)

*Suspect: I want you naked all the time. And I want to make love to you all the time*

Undercover: Really (happy face emoji)

*Suspect: Yes And i want you to do things to me that you want. I wsnt no limitations open to all. No secrets and no holding anything back*

9. The undercover detective continued communicating with PATEL, who continued to solicit the undercover to engage in sexual acts. In addition, the suspect sent one (1) image of a male opening his pants to display an adult erect penis. The suspect also sent two (2) images that depicted what appeared to be a male, holding an erect penis, covered by his pants.

6

10. On December 28, 2019, PATEL asked the detective if "she" wanted to have some "naked fun" and asked if "she" would be able to see him if he came to Rhode Island on January 5, 2020. The detective agreed and PATEL and the undercover detective began making arrangements to meet in person. PATEL stated that he wants to "make love" when he sees "her." PATEL then booked a plane ticket for a flight to Rhode Island from Philadelphia on January 5, 2020 and forwarded the flight confirmation to the undercover detective. PATEL also stated that he had booked a suite at a hotel with a king size bed. PATEL and the detective agreed to meet between 3:00-3:30 p.m. on January 5, 2020 in a parking lot at a fast food restaurant in Warwick, R.I.  PATEL also agreed to purchase some vodka for the "girl" to drink as the detective indicated that this was "her" favorite alcoholic drink.

11. Based on the flight confirmation that PATEL sent the undercover detective and records from American Airlines, officers were able to determine that defendant AMISH PATEL was a passenger on the flight. Officers obtained an online photo of PATEL from a social media site that matched the image of PATEL's face that he earlier sent the undercover detective.

12. At about 1:45 p.m. on January 5, 2020, PATEL landed at T.F. Green airport on a flight from Philadelphia. Officers surveilled PATEL coming off the plane at the airport gate and at baggage claim and then followed him to a car rental facility. Officers then followed PATEL as he drove to a liquor store in Warwick and made a purchase of alcohol. (It was later determined that PATEL purchased pineapple

vodka for the "girl" he was to meet and rum for himself along with two red solo cups.) PATEL then stopped at a fast food restaurant and ate lunch before driving to the pre-arranged meeting spot. Officers approached PATEL's rented vehicle and arrested him without incident.

13. Defendant PATEL was then transported to HSI headquarters in Warwick where he was read his Miranda rights. He agreed to make a recorded statement to law enforcement. Defendant PATEL stated that he flew from Philadelphia to Rhode Island for the sole purpose of meeting with a minor female he had met online. PATEL admitted that he purchased the alcohol for himself and the minor female. PATEL admitted to sending the minor female multiple images of his penis. PATEL further admitted to renting a hotel room under his name in Warwick where he planned to have a sexual encounter with the minor female.

14. Based on the foregoing, I believe there is probable cause to find that: (i) On January 5, 2020, AMISH JAYANT PATEL travelled from the State of Pennsylvania to the State of Rhode Island for the purpose of engaging in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), in violation of 18 U.S.C. §§ 2423(b), (e) and (f) (Count One – Travel in Interstate Commerce to Engage in Illicit Sexual Conduct); and (ii) From December 9, 2019 to January 5, 2020, defendant AMISH JAYANT PATEL, using a facility of interstate or foreign commerce, did knowingly attempt to induce and entice any individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b) (Count

Two – Enticement).

JAMES V. RICHARDSON
Special Agent, Department of Homeland Security

Sworn and subscribed in my presence
on this _____ day of January 2020.

Hon. Lincoln D. Almond
United States Magistrate Judge
District of Rhode Island

9